IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LAWRENCE J. SPIEKERMEIER, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>KONINKLIJKE PHILIPS N.V.; PHILIPS NORTH AMERICA, LLC; AND PHILIPS RS NORTH AMERICA LLC.,<br><br>　　　　　　Defendants. | CV 22–158–M–DLC<br><br><br>ORDER |

　　　Plaintiff, by and through his attorney Dwight J. Schulte of the Schulte Law Firm, move for the admission of Alexander G. Cabeceiras to practice before this Court in the above-captioned matter. (Doc. 2.) Mr. Schulte represents that he intends to act as local counsel. (*Id.* at 2.) The Court has reviewed Mr. Cabeceiras' affidavit (Doc. 2-1) which complies with the District of Montana's Local Rules governing the admission of counsel *pro hac vice* and otherwise appears to be in order. L.R. 83.1(d).

　　　Accordingly, IT IS ORDERED that the motion (Doc. 2) is GRANTED on the condition that Mr. Cabeceiras do his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Cabeceiras shall take steps to register in the

Court's electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Cabeceiras, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

Dated this 19th day of September, 2022.

_____
Dana L. Christensen, District Judge
United States District Court